**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 06-4692**

UNITED STATES OF AMERICA,

                                   Plaintiff - Appellee,

        versus

WILLIAM JUNIOR JACOBS, a/k/a Boogie,

                                   Defendant - Appellant.

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte. Richard L. Voorhees, District Judge. (3:03-cr-00036-1)

Submitted: May 31, 2007                Decided:  June 4, 2007

Before WILKINSON, TRAXLER, and GREGORY, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Paul C. Pooley, Durham, North Carolina, for Appellant.  Amy Elizabeth Ray, OFFICE OF THE UNITED STATES ATTORNEY, Asheville, North Carolina, Thomas Tullidge Cullen, OFFICE OF THE UNITED STATES ATTORNEY, Charlotte, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William Junior Jacobs seeks to appeal his conviction and sentence. In criminal cases, the defendant must file the notice of appeal within ten days after the entry of judgment. Fed. R. App. P. 4(b)(1)(A). With or without a motion, upon a showing of excusable neglect or good cause, the district court may grant an extension of up to thirty days to file a notice of appeal. Fed. R. App. P. 4(b)(4); United States v. Reyes, 759 F.2d 351, 353 (4th Cir. 1985).

The district court entered its amended judgment[*] on December 15, 2005. The notice of appeal was filed on June 23, 2006. Because Jacobs failed to file a timely notice of appeal or to obtain an extension of the appeal period, we dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

---

[*]Jacobs filed a 28 U.S.C. § 2255 (2000) motion alleging his trial counsel ignored his request to file a notice of appeal from his criminal judgment. The district court granted the § 2255 motion to allow Jacobs to appeal from an amended judgment. The court's order instructed a notice of appeal must be filed within ten days of the court's order.

- 2 -